**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov
       Attorneys for the United States

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **TIMOTHY C. ROTE**, | Case No. 3:19-cv-00082 |
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | |
| **LINDA L. MARSHALL, JOEL CHRISTIANSEN, ANDREW BRANDSNESS, CAROL BERNICK, OREGON STATE BAR (PROFESSIONAL LIABILITY FUND), MATT KALMANSON, JANE DOE, PAM STENDAHL, JOHN DOES (4-5)**, | |
| Defendants. | |

    PLEASE TAKE NOTICE that the civil action *Rote v. Marshall, et al.*, Clackamas County Circuit Court Case No. 18CV45257, is hereby removed to this Court by the United States of America pursuant to 28 U.S.C. § 1442. The United States provides the following grounds for removal:

    1. On or about December 6, 2018, the following civil action alleging fraud (among other claims) was filed: *Timothy C. Rote v. Linda L. Marshall, et al.*, Clackamas County Circuit Court, State of Oregon, Case No. 18CV45257.

2. Defendant Jane Doe was at all relevant times a federal employee, an official court reporter in federal court, who was acting within the scope of her employment. *See id.* ¶¶ 7, 61. Her actual identity is Nancy Walker.

3. Pursuant to the authority delegated by the United States Attorney for the District of Oregon, the Chief of the Civil Division of the U.S. Attorney's Office has certified that Jane Doe / Nancy Walker was acting within the course and scope of her federal employment at the time of the incident out of which the Plaintiff's claim arose. *See* Exhibit 1.

4. The United States has the statutory right to remove this action to federal court. *See* 28 U.S.C. § 1442. Upon certification, the action "shall be deemed to be an action or proceeding brought against the United States" under the Federal Torts Claims Act. 28 U.S.C. § 2679(d)(2).

5. Therefore, the United States should be substituted as a defendant in the action in place of Jane Doe / Nancy Walker.

6. Accompanying this Notice of Removal of Civil Action, the United States is filing a copy of all process, pleadings, and orders in this action as required by 28 U.S.C. § 1446(a). *See* Exhibit 2.

7. A copy of this Notice of Removal of Civil Action is being served upon the Plaintiff and all Defendants, and a copy shall be filed with the Court Clerk of Deschutes County, Oregon, as required by 28 U.S.C. § 1446(d).

DATED this 16th day of January, 2019.

                                      BILLY J. WILLIAMS
                                      United States Attorney
                                      District of Oregon

                                      */s/ Jared D. Hager*
                                      JARED D. HAGER
                                      Assistant United States Attorney
                                      Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Removal of Civil Action** was placed in a postage prepaid envelope and deposited in the United States Mail according to established office procedure within the office of the United States Attorney at Portland, Oregon, on January 16, 2019, addressed to:

| | |
|---|---|
| Timothy C. Rote | Andrew Brandsness |
| 24790 SW Big Fir Rd. | 411 Pine Street |
| West Linn OR 97068 | Klamath Falls, OR 97601 |
| (503) 702-7225 | *Defendant* |
| tim@rote-enterprises.com | |
| *Plaintiff Pro Se* | |

/s/ *Jared D. Hager*
JARED D. HAGER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**