**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov
        Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY C. ROTE**, | Case No. 3:19-cv-00082 |
| Plaintiff, | CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d) |
| v. | |
| **LINDA L. MARSHALL, JOEL CHRISTIANSEN, ANDREW BRANDSNESS, CAROL BERNICK, OREGON STATE BAR (PROFESSIONAL LIABILITY FUND), MATT KALMANSON, JANE DOE, PAM STENDAHL, JOHN DOES (4-5),** | |
| Defendants. | |

I, RENATA A. GOWIE, hereby certify as follows:

1. I am the Chief of the Civil Division of the United States Attorney's Office for the District of Oregon. On March 22, 2016, Billy J. Williams, the United States Attorney for the District of Oregon, re-delegated to the Chief of the Civil Division the authority to certify whether a federal employee was acting in the scope of his or her employment at the time of the alleged

tortious conduct in any civil case in this District pursuant to 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4.

2. The U.S. Attorney's Office has received notice that Defendant Jane Doe – actual identity Nancy Walker – is being sued in Clackamas County Circuit Court for conduct that took place while acting within the course and scope of her employment as Official Court Reporter.

3. On the basis of the information available to me at this time, and pursuant to 28 U.S.C. § 2679(d)(2) and 28 C.F.R. § 15.4, I hereby certify that Jane Doe / Nancy Walker was acting within the scope of her employment at the time of the conduct out of which Timothy Rote's claims arose. As a result, in accordance with 28 U.S.C. § 2679(d)(1), Rote's FTCA claims should be deemed claims brought against the United States, and the United States should be substituted as the party defendant with respect to the FTCA claims.

Executed this 16th day of January 2019 at Portland, Oregon.

*/s/ Renata Gowie*

RENATA A. GOWIE
Chief, Civil Division
United States Attorney's Office
District of Oregon

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Certification Pursuant to 28 U.S.C. § 2679(d)** was placed in a postage prepaid envelope and deposited in the United States Mail according to established office procedure within the office of the United States Attorney at Portland, Oregon, on January 16, 2019, addressed to:

| | |
|---|---|
| Timothy C. Rote | Andrew Brandsness |
| 24790 SW Big Fir Rd. | 411 Pine Street |
| West Linn OR 97068 | Klamath Falls, OR 97601 |
| (503) 702-7225 | *Defendant* |
| tim@rote-enterprises.com | |
| *Plaintiff Pro Se* | |

*/s/ Jared D. Hager*
JARED D. HAGER
Assistant U.S. Attorney